UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT GENE SINOHUI,<br><br>    Petitioner,<br><br>    v.<br><br>VICTOR M. ALMAGER, Warden (A),<br><br>    Respondent. | CASE NO. SACV 06-935 JHN (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 9, 2011

JACQUELINE H. NGUYEN
United States District Judge